**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KELLI ANN MORNINGSTAR,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, *Commissioner of Social Security Administration*,<br><br>Defendant. | No. 1:25-CV-01015<br><br>(Chief Judge Brann)<br><br>(Magistrate Judge Carlson) |

**<u>ORDER</u>**

**OCTOBER 7, 2026**

Kelli Ann Morningstar filed this action seeking review of a decision by the Commissioner of Social Security ("Commissioner") denying Morningstar's claim for social security disability benefits.[1] On September 18, 2026, Magistrate Judge Martin C. Carlson issued a Report and Recommendation recommending that this Court vacate the Commissioner's decision and remand this matter for further proceedings.[2] No timely objections were filed to this Report and Recommendation.

Where no objection is made to a report and recommendation, the Court will review the recommendation only for clear error.[3] Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in

---

[1] Docs. 1, 13.

[2] Doc. 20.

[3] Fed. R. Civ. P. 72(b), advisory committee notes; *see Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (explaining that court should in some manner review recommendations regardless of whether objections were filed).

part—the findings or recommendations made by the magistrate judge.[4] Upon review of the record, the Court finds no error—clear or otherwise—in Magistrate Judge Carlson's conclusion that the Commissioner's decision was based on a fundamentally flawed analysis of the relevant medical opinions and therefore is not supported by substantial evidence. Consequently, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Martin C. Carlson's Report and Recommendation (Doc. 20) is **ADOPTED**;
2. The Commissioner's decision is **VACATED**, and this matter is **REMANDED** for further proceedings consistent with this Order and Magistrate Judge Carlson's Report and Recommendation;
3. Final Judgment is entered in favor of Plaintiff and against Defendant pursuant to Fed. R. Civ. P. 58 and sentence four of 42 U.S.C. § 405(g); and
4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

[4] 28 U.S.C. § 636(b)(1); Local Rule 72.31.